United States District Court
Southern District of Texas
**ENTERED**
September 23, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: CARBO Ceramics, Inc., *et al.* | § § § § § § § § § § § | CIVIL ACTION NO. 4:24-CV-00728 |

## **FINAL JUDGMENT**

Appellant CARBO Ceramics, Inc. filed an appeal from an order of the bankruptcy court on February 28, 2024. (Doc. No. 1.) On September 20, 2024, the Court held a hearing and dismissed the bankruptcy appeal.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth on the record at the September 20 hearing, final judgment is hereby **ENTERED** for Appellees Board of Tax Assessors for Wilkinson County, Georgia and Wilkinson County, Georgia.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 20th day of September, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE